No. 79–5523. UMBOWER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–5526. LENZA *v.* MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 79–5534. HIBBARD-HUGHES *v.* O'NEIL ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–5536. PROPOTNICK *v.* HENNEPIN COUNTY SHERIFF ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–5544. WAGNER *v.* MABRY, CORRECTION COMMISSIONER. C. A. 8th Cir. Certiorari denied.

No. 79–5548. FRANCOIS *v.* FRANCOIS. C. A. 3d Cir. Certiorari denied.

No. 79–5556. HOLDEN *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 79–5559. FERRELL *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 79–5562. CHODOS *v.* FEDERAL BUREAU OF INVESTIGATION. C. A. 2d Cir. Certiorari denied.

No. 79–5568. JOHNSON *v.* HOWERTON ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–5581. BREWSTER *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 79–5582. SELLERS *v.* RIDDLE, CORRECTIONAL SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 79–5586. ROBESON *v.* MARYLAND. Ct. App. Md. Certiorari denied.